United States District Court
Southern District of Texas
**ENTERED**
November 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN E. CROES, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-18-3583 |
| TIMOTHY SLOAN, et al., | § § § | |
| Defendants. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, to which no objections have been filed. The court concludes that the Memorandum and Recommendation should be adopted.

The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this **6th** day of November, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE